UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| STEPHANIE D. SUMNER, | ) |
| | ) |
| Plaintiff, | ) No. 2:12-CV-0026 |
| | ) |
| v. | ) |
| | ) Judge Sharp |
| BELK DEPARTMENT STORES, LP | ) |
| and BETH HARRIS, individually, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, and stipulate that the instant matter is to be dismissed with prejudice as to the Defendants, Belk Department Stores, LP and Beth Harris, with each party to bear its own costs and expenses. As a result of this stipulation, all claims asserted against the Defendants by Plaintiff in her Complaint, or which could have been asserted against the Defendants by Plaintiff in her Complaint, are hereby dismissed with prejudice.

Dated this 28th day of January, 2013.

*Signatures on Following Page*

10537829v1

PREPARED FOR ENTRY BY:

MILLER & MARTIN PLLC

By: s/ Scott E. Simmons
    John R. Bode (BPR No. 11415)
    Scott E. Simmons (BPR No. 29392)

Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402
Telephone: 423-756-6600
Facsimile: 423-785-8293

Attorneys for Defendants

LEGAL AID SOCIETY OF MIDDLE TENNESSEE & THE CUMBERLANDS

By: s/ William Bush
    William Bush, Esq. (BPR No. 6052)

9 S. Jefferson Avenue, Suite 102
Cookeville, TN 38501
Telephone: (931) 528-7436

LAW OFFICE OF RICHARD K. EVANS

Richard K. Evans, Esq. (BPR No. 1040)

1000 Waterford Place, Suite 200
P.O. Box 777
Kingston, TN 37763
Telephone: (865) 376-5353
Facsimile: (865) 376-2109

Attorneys for Plaintiff

10537829v1

2