UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| STEPHANIE SUMNER | ) |
| | ) |
| v. | )  NO. 2:12cv0026 |
| | )  JUDGE SHARP |
| BELK DEPARTMENT STORES, LP, et al. | ) |
| | ) |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/31/2013.

KEITH THROCKMORTON, CLERK
s/Tina M. Webster, Deputy Clerk